**Opinion issued May 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00693-CV

———————————

**ELIZABETH MACIEL, Appellant**

**V.**

**JOSEPH REID, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1171756**

---

## MEMORANDUM OPINION

On January 27, 2022, appellant filed a document entitled "Suggestion of Mootness," in which she claimed that appellee had released appellant from any liability for attorney's fees and costs and thus, the appeal "appears to be moot." No response was filed.

On March 10, 2022, this Court issued a notice of intention to dismiss the appeal as moot, based on appellant's notice, and stated that unless a response was filed within ten days opposing dismissal, the Court would dismiss the appeal. No response was filed.

Accordingly, the appeal is dismissed. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.